IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JED NELSON SAVAGE,<br><br>              Plaintiff,<br><br>v.<br><br>OFFICER CHRIS ROBERTS et al.,<br><br>              Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:16-CV-341-JNP<br><br>District Judge Jill N. Parrish |

Plaintiff, Jed Nelson Savage, filed a prisoner civil-rights complaint. He now moves for appointed counsel (for a second time). And if counsel is not appointed, he moves the Court to dismiss this action. The Court has reviewed its order denying Plaintiff's first motion for appointed counsel and concludes that nothing has changed. On the same grounds, it therefore denies Plaintiff's second motion for appointed counsel.

Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request." The Court has carefully reviewed Plaintiff's motion and other materials on the docket.

Good cause appearing, IT IS ORDERED that Plaintiff's:

(1) second motion for appointed counsel is DENIED. (*See* Docket Entry # 12.)

(2) motion to dismiss his complaint is GRANTED. (*See* Docket Entry # 12.)

This case is CLOSED.

DATED this 20th day of June, 2017.

BY THE COURT:

_____
JUDGE JILL N. PARRISH
United States District Court